IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DEJUAN D. ALLEN<br>TDCJ-CID No. 02253080,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN COLLIER, *et al.*,<br><br>    Defendants. | 2:24-CV-138-Z-BR |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge ("FCR") (ECF No. 7) to deny Plaintiff's motion for a temporary restraining order ("Motion") (ECF No. 5). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct.

It is therefore **ORDERED** that the FCR is **ADOPTED** and Plaintiff's Motion is **DENIED**.

**SO ORDERED**.

August 12, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE